UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUSTICE FAMILY FARMS, LLC, )<br>)<br>Defendant. ) | Case No. 4:18-cv-01787 |

**PLAINTIFF MONSANTO COMPANY'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Monsanto Company ("Plaintiff" or "Monsanto"), by and through its undersigned counsel, respectfully moves the Court for an Order to file under seal Plaintiff's Motion to Enforce Settlement Agreement and Entry of Final Consent Judgment because the pleading incorporates and discusses confidential information related to settlement of this matter.

WHEREFORE, Plaintiff Monsanto Company prays for an Order permitting Plaintiff's Motion to Enforce Settlement Agreement and Entry of Final Consent Judgment and accompanying attachments to be filed under seal and only made available for public inspection upon further court order; and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Matthew R. Grant*
Matthew R. Grant, #50312MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
(314) 480-1505 (fax)
Matt.grant@huschblackwell.com

*Attorneys for Plaintiff Monsanto Company*

1

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 30th day of January, 2019, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by U.S. mail, upon the following:

JUSTICE FAMILY FARMS, LLC
c/o CT Corporation System
2 Office Park Ct., STE 103
Columbia, South Carolina 29223

                _/s/ Matthew R. Grant_